IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ERNESTINA CRUZ, as Guardian Ad Litem
for JANE DOE 2, a minor child,

    Plaintiff,

v.                                    No. 1:25-cv-00306-KG-JMR

BOARD OF EDUCATION OF
ALBUQUERQUE PUBLIC SCHOOLS,
DANNY ALDAZ, and
PALOMA ARANDA,

    Defendants.

## ORDER APPOINTING GUARDIAN AD LITEM
## FOR PURPOSES OF SETTLEMENT REVIEW

THIS MATTER having come before the Court for the appointment of Guardian ad litem to assist the Court in evaluating a proposed settlement involving Plaintiff and Defendants benefiting minor child Jane Doe 2, the Court having reviewed the file and being otherwise fully advised, hereby finds:

1. A Guardian ad litem should be appointed by this Court in connection with the Court's consideration of matters relating to a settlement of a minor's claims involving Plaintiff and the Defendants in this matter. *See U.S. v. Reilly*, 385 F.2d 225, 228 (10th Cir. 1967) ("with the interests of [incapacitated parties] at stake, the trial judge had a special obligation to see that they were properly represented, not only by their own representatives but also by the court itself").

2. The Guardian ad litem should be appointed to investigate on behalf of the Court into the fairness and reasonableness of a proposed settlement involving Plaintiff and the Defendants and its effect on the minor child.

3. The Guardian ad litem's appointment does not contemplate representation of the minor child as an advocate, but only as a functionary of the Court.

4.      The Guardian ad litem's responsibilities under this appointment are to the Court, and not to the child. The child in this matter is already represented by competent counsel, and the Guardian ad litem under this appointment should not be requested to invade or interfere with the child's counsel's responsibility to adequately and effectively represent the child.

5.      There are strong public policy reasons to grant immunity to the Guardian ad litem in this case, who is acting as an "arm of the Court" and is performing an essential role in this Court's administration of justice, as the Judge's assistant.

6.      All immunities and privileges available to the Guardian ad litem, as articulated by the New Mexico Supreme Court in *Collins v. Tabet*, 1991-NMSC-013, 111 N.M. 391, 806 P.2d 40., should be extended to the Guardian ad litem in this matter.

7.      Matthew Vance, Esq. is qualified to perform as Guardian ad litem in this matter.

THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED, Matthew Vance, Esq. shall be appointed Guardian ad litem for Jane Doe 2 to review the terms and conditions of settlement benefiting this minor child. Matthew Vance, Esq. shall be absolutely immune from any liability for his actions taken pursuant to this appointment, in so far as his conduct in the case is as a result of an investigation on behalf of this Court into the fairness and reasonableness of the settlement involving the above referenced parties, in its effect on the minor child. The Guardian ad litem's duties and obligations in this Court are owed to the Court, and not to the minor child.

This appointment of Matthew Vance, Esq. as Guardian ad litem for Jane Doe 2 is intended to convey upon them all the immunities and protections allowed or provided under *Collins v. Tabet*, 1991-NMSC-013, 111 N.M. 391, 806 P.2d 40. The fees for Matthew Vance, Esq. will be paid by Defendant Board of Education of Albuquerque Public Schools.

/s/_____
KENNETH J. GONZALES[1]
CHIEF UNITED STATES DISTRICT JUDGE

APPROVED BY:

*/s/ Kelly Stout Sanchez*
Kelly Stout Sanchez
F. Michael Hart
Julio C. Romero
MARTINEZ, HART, SANCHEZ & ROMERO, P.C.
1801 Rio Grande Blvd. NW
Albuquerque, NM 87104
(505) 343-1776
kellys@osolawfirm.com
mikeh@osolawfirm.com
julior@osolawfirm.com
*Attorney for Plaintiff*

*/s/ Approved via E-Mail 10/13/2025*
Jennifer G. Anderson
Tomas J. Garcia
Celina Baca
Modrall, Sperling, Roehl, Harris, & Sisk, P.A.
500 Fourth Street NW, Suite 1000
Albuquerque, NM 87102
Tel: (505) 848-1800
Jennifer.anderson@modrall.com
Tomas.garcia@modrall.com
Celina.baca@modrall.com
*Counsel for Defendants APS & Paloma Aranda*

*/s/ Approved via E-Mail 10/13/2025*
Roxie Rawls-De Santiago
Walsh, Gallegos, Kyle, Robinson & Roalson, P.C.
500 Marquette Ave. NW, Suite 1310
Albuquerque, NM 87102-5316
Tel: (505) 243-6864
Fax: (505) 843-9318
rdesantiago@wabsa.com
*Counsel for Defendant Danny Aldaz*

*/s/ Approved via E-Mail 10/14/2025*
Matthew Vance
Law Office of Matthew Vance, P.C.
3800 Osuna Road NE, Suite 2
Albuquerque, NM 87109
(505) 242-6267
(505) 242-4339 facsimile
mattvance@mattvancelaw.com
*Proposed Guardian ad Litem*

---

[1] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.