IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ERNESTINA CRUZ, as Guardian Ad
Ad Litem for JANE DOE 2, a minor child,**

    **Plaintiff,**

vs.                                             No. 1:25-cv-00306-JFR-JMR

**BOARD OF EDUCATION OF
ALBUQUERQUE PUBLIC SCHOOLS,
DANNY ALDAZ, And PALOMA ARANDA**

    **Defendants.**

## STIPULATED ORDER GRANTING DEFENDANT ALDAZ'S UNOPPOSED MOTION FOR COUNSEL TO APPEAR VIRTUALLY

THIS MATTER having come before the Court on *Defendant Aldaz's Motion for Counsel to Appear Virtually*, the Court being fully advised in the premises, hereby FINDS that the motion is well-taken and shall be GRANTED.

Defendant Aldaz's Counsel will not be required to attend the hearing for Joint Motion to Approve Settlement: Motion for Hearing scheduled for February 10, 2026, at 1:30 PM in-person, and can appear virtually.

IT IS SO ORDERED.

                                      /s/Kenneth J. Gonzales
                                      CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

Submitted by:

WALSH GALLEGOS KYLE ROBINSON &
DE LOS SANTOS, P.C.

By: */s/ Roxie P. De Santiago*
Roxie P. De Santiago
500 Marquette Ave. NW, Suite 1310
Albuquerque, NM 87102
Tel: (505) 243-6864
*rdesantiago@wabsa.com*

*Attorneys for Defendant Danny Aldaz*

APPROVED BY:

**MARTINEZ, HART, SANCHEZ & ROMERO, P.C.**

By: *Electronically Approved      1.27.2026*
Kelley Stout Sanchez
Michael Hart
Julio Romero
1801 Rio Grande Blvd. NW, Suite A
Albuquerque, NM 87104
*Attorneys for Plaintiffs*

**MODRALL SPERLING ROEHL HARRIS & SISK, P.A.**

By: *Electronically Approved      1.27.2026*
Tomas J. Garcia
Jennifer G. Anderson
500 Fourth St., NW, Suite 1000
Albuquerque, NM 87102
Tel: (505) 848-1800
*tomas.garcia@modrall.com*
*jennifer.anderson@modrall.com*
*Attorneys for Defendant Board of Education of Albuquerque Public Schools*